IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROMANIA ANN GADSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER F/N/U WRIGHT, CPL. JOSEPH )<br>WELCH, and MONTGOMERY COUNTY JAIL, )<br>)<br>Defendants. ) | Civil No. 3:13-1050<br>Judge Trauger<br>Magistrate Judge Griffin |

**O R D E R**

On April 24, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 40), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by defendants Wright and Welch (Docket No. 18) is **GRANTED**, and all claims against them are **DISMISSED WITH PREJUDICE**.

The only remaining defendant listed on the docket sheet is the Montgomery County Jail. However, upon review of the plaintiff's Complaint (Docket No. 1), it is clear that the defendant did not sue the Montgomery County Jail as a defendant. It is therefore **ORDERED** that the Clerk shall **TERM** this defendant on the docket sheet.

All defendants now having been dismissed from this case, the Clerk shall **CLOSE** this file. This Order shall constitute the Judgment in this case.

It is so **ORDERED**.

ENTER this 22nd day of May 2014.

_____
ALETA A. TRAUGER
U.S. District Judge