Romania Ann Gadson

          Plaintiff,

v.                             Case No.: 3:13–cv–01050
                                District Judge Aleta A. Trauger

John Fuson, et al.

          Defendant.

## **ENTRY OF JUDGMENT**

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/22/2014.

                                                      Keith Throckmorton, Clerk
                                                      <u>s/ Ann Frantz, Deputy Clerk</u>